1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ                                                JS-6
4  Assistant United States Attorney
   SBN 229637
5   Room 7211, Federal Building
    300 North Los Angeles Street
6  Los Angeles, California  90012
   (213) 894-2729   Facsimile:  (213) 894-0115
7  Email: valerie.makarewicz@usdoj.gov

8  Attorneys for United States of America

9
                      UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

11                          WESTERN DIVISION

12 KENNETH N. EDWARDS,              ) Case No. CV 08-5769 JFW (FFMx)
                                    )
13              Plaintiff,          ) ORDER GRANTING STIPULATION
                                    ) BETWEEN PLAINTIFF AND DEFENDANT
14        vs.                       ) TO DISMISS COMPLAINT FOR TAX
                                    ) REFUND ON THE GROUNDS OF
15 UNITED STATES OF AMERICA,        ) MOOTNESS
                                    )
16              Defendant.          )
   ─────────────────────────────────)

17

18     Based upon the stipulation filed by the parties and for good cause therein, the Court

19 hereby orders the following:

20     1. That the Complaint for Tax Refund, filed on September 4, 2008, is dismissed, without

21 prejudice, on the grounds of mootness.

22     2. As between Plaintiff and Defendant United States of America, Internal Revenue Service,

23 each party shall bear its own costs and attorney's fees in connection with this proceeding.

24     3. The Court retains jurisdiction over this case for 90 days.

25

26     **IT IS SO ORDERED.**
                                              _____
                                              JOHN F. WALTER
27     January 16, 2009                       UNITED STATES DISTRICT JUDGE

28

1